IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Government, | § | |
| | § | |
| VS. | § | CRIMINAL NO. H-10-108-3 |
| | § | |
| LILIANA MADRIGAL, | § | |
| | § | |
| Defendant. | § | |

## ORDER

The defendant, Lilliana Madrigal filed a joint unopposed motion to waive the presentence report. (Docket Entry No. 102). The motion is granted; this court finds that the information in the record is sufficient and that this court may properly determine the appropriate sentence. The sentencing hearing is reset to **October 5 , 2010, at 9 :30 a.m.**

SIGNED on October 1, 2010, at Houston, Texas.

Lee H. Rosenthal
United States District Judge